

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2024 DEC -6  P 2: 45

CAROL L. MICHEL

**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-105 |
| v. | * | SECTION: "D"(1) |
| RYAN J. HARRIS | * | VIOLATIONS: |
|    a/k/a "Red" | |   18 U.S.C. § 1349 |
| SEAN D. ALFORTISH | * |   18 U.S.C. § 1341 |
| VANESSA MOTTA | |   18 U.S.C. § 1503 |
| MOTTA LAW, LLC | * |   18 U.S.C. § 1512 |
| JASON F. GILES | |   18 U.S.C. § 1513 |
| THE KING FIRM, LLC | * |   18 U.S.C. § 1001 |
| LEON M. PARKER | |   18 U.S.C. § 924 |
|    a/k/a "Chunky" | * |   18 U.S.C. § 2 |
| DIAMINIKE F. STALBERT | | |
| CARL G. MORGAN | * | Filed Under Seal |
| TIMARA N. LAWRENCE | | |
| | * | |

\*    \*    \*

## ORDER

Considering the *Motion and Incorporated Memorandum in Support to Seal Superseding Indictment* filed by the government;

**IT IS ORDERED** that the motion be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court for the Eastern District of Louisiana, after providing the United States Attorney's Office for the Eastern District of Louisiana a certified copy of the indictment, seal the indictment in the above-captioned matter, the instant motion, and the accompanying order to seal until further order of the Court.

New Orleans, Louisiana, this _____ day of December, 2024.

_____
HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

Fee _____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No,_____