# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

* * *

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| **vs** | )  **24-105 D** |
| **SEAN D. ALFORTISH,** | )  **ORDER APPOINTING COUNSEL** |
| **Defendant,** | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that attorney SHAUN CLARKE is hereby appointed to represent Defendant, SEAN D. ALFORTISH.

New Orleans, Louisiana, this 11th day of December, 2024.

_____

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE