MINUTE ENTRY
NORTH, M.J.
DECEMBER 13, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL

VERSUS                                                      NO. 24-105

SEAN D ALFORTISH                                            SECTION: D

### CRIMINAL ARRAIGNMENT

APPEARANCES:    X  DEFENDANT
                X  COUNSEL FOR DEFENDANT    FPD/CJA  Shaun Clarke
                X  ASSISTANT U.S. ATTORNEY  MATTHEW PAYNE
                   INTERPRETER                                SWORN
                (TIME: _____ .M to _____ .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
 X / READING OF THE SUPERSEDING INDICTMENT: READ  WAIVED  (SUMMARIZED)

 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

 X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

 X DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

 __/ DEFENDANT RELEASED ON BOND

 __/ BAIL SET AT _____

 X / OTHER: Detention Hearing continued to 1-8-25 at 2:00 P.M. at request of defense counsel.

**NOTICE:**  X / PRE-TRIAL CONFERENCE: **JANUARY 7, 2025 AT 10:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

 X / TRIAL: **JANUARY 27, 2025 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

MJSTAR: 00: 03