UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

SEAN D. ALFORTISH

CRIMINAL

NO. 24-105

SECTION: D

## ORDER PURSUANT TO THE DUE PROCESS PROTECTIONS ACT

Pursuant to the Due Process Protections Act, the Court confirms the United States'

obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*,

373 U.S. 83 (1963) and its progeny, and hereby orders it to do so.  Failing to do so in a timely

manner may result in consequences, including, but not limited to, exclusion of evidence, adverse

jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court.

New Orleans, Louisiana this 13th day of December 2024.

_____
UNITED STATES MAGISTRATE JUDGE