MINUTE ENTRY
ROBY, M.J.
JANUARY 6, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 24-105 |
| JASON F. GILES | SECTION: D |

### CRIMINAL ARRAIGNMENT

APPEARANCES:  X  DEFENDANT
              X  COUNSEL FOR DEFENDANT    RET: DAVID COURCELLE
              X  ASSISTANT U.S. ATTORNEY  BRIAN KLEBBA
              __ INTERPRETER                               SWORN
                 (TIME:            .M to         .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / READING OF THE SUPERSEDING INDICTMENT: READ (WAIVED) SUMMARIZED

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

✓ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

X / BAIL SET AT  $100,000 unsecured bond.

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **FEBRUARY 28, 2025 AT 10:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

X / TRIAL: **MARCH 17, 2025 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

MJSTAR: 00: 02