MINUTE ENTRY
JANUARY 8, 2025
ROBY, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS                                             NO. 24-105

SEAN D. ALFORTISH                                  SECTION: D

## DETENTION HEARING

PRESENT: X/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/COUNSEL FOR THE DEFENDANT  CJA: SHAUN CLARKE

650 POYDRAS STREET STE 1400, NEW Orleans, LA.

X/ASST. U.S. ATTORNEY  MATTHEW PAYNE

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

__/GOVERNMENT WITNESS(ES) _____

__/DEFENSE WITNESS(ES) _____

MJSTAR: 00: 02

SEAN D. ALFORTISH                                    24-105 D

DEFENDANT                                            CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

__/ DEFENDANT IS ENTITLED TO RELEASE.  BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

__/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

_X_/ DEFENDANT IS NOT ENTITLED TO RELEASE.

_X_/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

_X_/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

__/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

__/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

_X_/ THE DEFENDANT WAIVED/(STIPULATED) TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

__/ OTHER: _____

_____