# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **RYAN HARRIS, ET AL.** | **SECTION: D (1)** |
| | **This Order pertains to: VANESSA MOTTA** |

## ORDER

Pursuant to 28 U.S.C. 636 and EDLA Local Criminal Rule 5.1,

**IT IS HEREBY ORDERED** that the Motion to Compel filed by defendant, Vanessa Motta (R. Doc. 243), is **REFERRED** to United States Magistrate Judge Janis van Meerveld.

New Orleans, Louisiana, April 15, 2025.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**