**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ✱ | **CRIMINAL ACTION** |
| | ✱ | |
| **VERSUS** | ✱ | **NUMBER:  24-105** |
| | ✱ | |
| **RYAN HARRIS, ET AL.** | ✱ | **SECTION: "D" (1)** |
| | ✱ | |
| | ✱ | **This Order pertains to:** |
| | ✱ | **VANESSA MOTTA** |

## ORDER CONTINUING HEARING DATE

The Motion to Compel filed by Defendant Vanessa Motta (Rec. Doc. 243) has been referred to the undersigned pursuant to 28 U.S.C. 636 and Local Criminal Rule 5.1 (Rec. Doc. 246).

IT IS ORDERED that the hearing date for the Motion to Compel filed by Defendant Vanessa Motta (Rec. Doc. 243) is CONTINUED to May 14, 2025.

IT IS FURTHER ORDERED that any opposition memorandum must be filed by May 7, 2025, and any reply memorandum must be filed by the new submission date of May 14, 2025. **The Motion will be decided on the briefs.  No oral argument will be held unless the court advises to the contrary.**

New Orleans, Louisiana, this 18th day of April, 2025.

_____
Janis van Meerveld
United States Magistrate Judge