UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO. 24-105 |
| | * | |
| VS | * | SECTION: "D" |
| | * | |
| VANESSA MOTTA<br>MOTTA LAW, LLC | * | |

### ORDER

Considering the foregoing Unopposed Motion to Continue Arraignment Hearing on behalf of Vanessa Motta and Motta Law, LLC.; IT IS ORDERED that the Unopposed Motion to Continue Arraignment Hearing on behalf of Vanessa Motta and Motta Law, LLC is hereby GRANTED; and IT IS FURTHER ORDERED that the arraignment hearing for defendants, Vanessa Motta and Motta Law, LLC., only, currently scheduled for May 14, 2025 at 2:00 p.m. be and is hereby continued and reset to May 21, 2025 at 2:00 p.m. New Orleans, Louisiana, this \_30th\_ day of \_\_\_\_April\_\_\_\_, 2025.

_____
UNITED STATES CRIMINAL MAGISTRATE