MINUTE ENTRY
VITTER, J.
OCTOBER 2, 2025
JS10, 0:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **RYAN HARRIS, ET AL.** | **SECTION: D (1)**<br>**This Report and Order applies to Jovanna Gardner** |

### TELEPHONE STATUS CONFERENCE REPORT

On October 2, 2025, at the parties' request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

    **Matthew R. Payne, Ryan McLaren**
    Counsel for the Government

    **Graham L. Bosworth**
    Counsel for Defendant, Jovanna R. Gardner

During the conference, the Court discussed with counsel the upcoming sentencing hearing scheduled for October 21, 2025 (R. Doc. 193). Counsel advised that a motion to continue the sentencing hearing will be filed.

New Orleans, Louisiana, October 2, 2025.

                                            **WENDY B. VITTER**
                                            **United States District Judge**