AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana ▼

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Vanessa Motta, et al. | ) Case No. 24-105 "D" |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Bradley Egenberg
650 Poydras St., Suite 2000
New Orleans, LA 70130

　　　**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: US District Court<br>500 Poydras St.<br>New Orleans, LA | Courtroom No.: C368 |
|---|---|
| | Date and Time: November 6, 2025 @ 8:30 am |

　　　You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: ___Oct 24 2025___

_____
Carol L. Michel
Name of clerk of court

_____
Deputy clerk's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Vanessa Motta, et al.___
_____ , who requests this subpoena, are:

Sean M. Toomey
Liskow & Lewis
701 Poydras St., Suite 5000
New Orleans, LA 70139
stoomey@liskow.com
504-556-4118

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  24-105

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: